UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:01-CR-220-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANIL KUMAR GUPTA ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#76) on June 18, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: SURAT SINGH
Amount of Restitution: $10,000.00

Name of Payee: LOUIS RICHARDSON
Amount of Restitution: $140,000.00

Name of Payee: ANNA MARIE ROZEN
Amount of Restitution: $70,000.00

Name of Payee: MICHAEL TERACE
Amount of Restitution: $75,000.00

**Total Amount of Restitution ordered:** $295,000.00\*\*

\*\*Joint and Several with co-defendants Debra Caldera and Walter Geldenhuys

Dated this ___12___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

GLORIA M. NAVARRO, Chief Judge
United States District Court